1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS D. BILBUA, | ) Case No. CV 15-3095 AG(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LOS ANGELES SUPERIOR COURT, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed without prejudice.

DATED: April 27, 2015


                                         /s/
                          Honorable Jacqueline Chooljian
                          UNITED STATES MAGISTRATE JUDGE